UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAN PASINI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRET A MANGER (USA) LIMITED (d/b/a Pret A Manger),<br><br>Defendant. | Case No. 1:17-cv-6395 |

## NOTICE OF ERRATA IN RELATION TO PLAINTIFF'S CLASS ACTION COMPLAINT

TO THE HONORABLE DISTRICT COURT:

Plaintiff hereby gives notice of errata to the Court and all parties regarding Plaintiff's Class Action Complaint electronically filed on August 22, 2017. The filing mistakenly excluded Exhibits 1, 2, and 3 to Plaintiff's complaint. Plaintiff's Class Action Complaint along with Exhibits 1, 2, and 3 are attached hereto.

Date: August 23, 2017

Respectfully submitted,

/s/ _Charles J. LaDuca_____
Charles J. LaDuca (3975927)
Peter Gil-Montllor (5300553)
Matthew Prewitt (to apply *pro hac vice*)
CUNEO GILBERT & LADUCA, LLP
16 Court Street, Suite 1012
Brooklyn, New York 11241
Telephone: 202.789.3960
Facsimile: 202.789.1813

1

pgil-montllor@cuneolaw.com
charles@cuneolaw.com
mprewitt@cuneolaw.com

Chant Yedalian (to apply *pro hac vice*)
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave.
Glendale, CA 91202
Telephone: 877.574.7100
Facsimile: 877.574.9411
chant@chant.mobi

2